IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:21-CR-00285-07-JM

**DAYTON LEE WIGGINS, JR.**

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 380) is DENIED.

First, Defendant did not receive "status points."

Second, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1]  Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 19th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 279.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).